72 F.3d 123
 Ken J. Pezrow Corp.
v.
James T. Karabasz, Mildred Karabasz, Cheyne Company, Gross,
McGinley, Labarre & Eaton, Malcolm J. Gross, Esq., Paul A.
McGinley, Esq., Donald L. Labarre, Jr., Esq., J. Jackson
Eaton, III, Esq., Michael A. Henry, Esq., Patrick J. Reilly, Esq.
 NO. 95-1239
 United States Court of Appeals,
Third Circuit.
 Nov 28, 1995
 Appeal From: E.D.Pa., No. 94-cv-02669
 
 1
 REVERSED.